# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| ASSURANCE COMPANY OF AMERICA, as Subrogee of Byrd Homes, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 10-0117-CG-C |
| ADMIRAL INSURANCE COMPANY, and SCOTTSDALE INSURANCE COMPANY, | ) ) ) ) | |
| Defendants. | ) ) | |

## FINAL JUDGMENT

In accordance with the court's orders entered this date, it is **ORDERED**,

**ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor

defendants, Adminral Insurance Company and Scottsdale Insurance Company, and

against plaintiff, Assurance Company of America, as Subrogee of Byrd Homes, Inc.

Therefore, plaintiff's claims against the aforementioned defendants are hereby

**DISMISSED WITH PREJUDICE**.  Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 18th day of May, 2011.


/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE